JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHMUEL RAIGORODSKY, an individual, YESHAYA LOWENSTEIN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06923-RSWL-KSx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear his and its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 21, 2023

                                        */S/ RONALD S.W. LEW*
                                    HON. RONALD S. W. LEW
                                  UNITED STATES DISTRICT JUDGE